# United States District Court
# Northern District of Illinois

In the Matter of

| | |
|---|---|
| Ronald R. Peterson, as Chapter 7 Trustee | District Judge Martha Pacold |
| v. | Case No. 21-CV-1519 |
| Synchrony Bank, et al. | Designated Magistrate Judge Jeffrey T. Gilbert |

## FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Jorge L. Alonso to be related to 20-cv-6995 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Martha Pacold**

Date: Thursday, April 8, 2021

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Martha Pacold

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge Rebecca R. Pallmeyer**

Dated: Thursday, April 8, 2021

District Reassignment - Finding of Relatedness